UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JENNA L. CARNEY,<br><br>                Plaintiff,<br>v.<br>IQ DATA INTERNATIONAL, et al.,<br><br>                Defendants. | Case No. 2:18-cv-00195-GMN-PAL<br><br>ORDER<br><br>(Subst Atty – ECF No. 15) |

This matter is before the court on the Substitution of Attorneys (ECF No. 15). Stan Johnson and Charles E. Barnabi of Cohen Johnson Parker Edwards seek leave to be substituted in the place of Scott B. Olifant for plaintiff Jenna L. Carney. LR IA 11-6(c) provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 11-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."

Having reviewed and considered the matter,

**IT IS ORDERED** that:

1. The Substitution of Attorney (ECF No. 15) is **GRANTED**.
2. Stan Johnson and Charles E. Barnabi of Cohen Johnson Parker Edwards is substituted in the place of Scott B. Olifant for plaintiff Jenna L. Carney, subject to the provisions of LR IA 11-6(c) and (d).

DATED this 24th day of April, 2018.

                                                              PEGGY A. LEEN<br>
                                                              UNITED STATES MAGISTRATE JUDGE