UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JENNA L. CARNEY,<br><br>　　　　　　　Plaintiff,<br>　v.<br>IQ DATA INTERNATIONAL, et al.,<br><br>　　　　　　　Defendants. | Case No. 2:18-cv-00195-GMN-PAL<br><br>ORDER<br><br>(Subst Atty – ECF No. 32) |

This matter is before the court on the Motion to Withdraw (ECF No. 32) filed by counsel for plaintiff and Substitution of Attorneys (ECF No. 32) filed shortly thereafter. Jennifer Isso seeks leave to be substituted in the place of H. Stan Johnson and Charles E. Barnabi, Jr. for plaintiff Jenna L. Carney. LR IA 11-6(b) provides that "[n]o attorney may withdraw after appearing in a case except by leave of the court after notice has been served on the affected client and opposing counsel." LR IA 11-6(c) provides that the signature of an attorney to substitute in a case "constitutes an express acceptance of all dates then set for pretrial proceedings, for trial or hearing, by the discovery plan, or in any court order." LR IA 11-6(d) also provides that the substitution of an attorney "shall not alone be reason for delay of pretrial proceedings, discovery, the trial, or any hearing in this case."

**IT IS ORDERED** that:

1. The Substitution of Attorney (ECF No. 32) is **GRANTED**.
2. Jennifer Isso is substituted in the place of H. Stan Johnson and Charles E. Barnabi for plaintiff Jenna L. Carney, subject to the provisions of LR IA 11-6(b), (c) and (d).
3. The Motion to Withdraw as Attorney (ECF No. 28) is **GRANTED**.

DATED this 2nd day of August, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1