HOLLEY, DRIGGS, WALCH, FINE,
WRAY, PUZEY & THOMPSON
CLARK V. VELLIS, ESQ.
NV Bar No. 5533
800 South Meadows Pkwy., Suite 800
Reno, Nevada 89521
Telephone: 775/851-8700
Facsimile: 775/851-7681

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JENNA L. CARNEY, an individual<br><br>        Plaintiff,<br>v.<br><br>IQ DATA INTERNATIONAL, a Washington Corporation; SENTRY RECOVERY & COLLECTIONS, INC. a Nevada Corporation; MG PROPERTIES GROUP, a corporation of unknown place of incorporation, d/b/a Sedona Lane Mountain Apartments, d/b/a Azure Villas II Apartments, FORE PROPERTY COMPANY, A Nevada Corporation, dba Glenbrook Terrace; ANZA MANAGEMENT COMPANY, a California Corporation, PICERNNE REAL ESTATE GROUP, a privately held corporation of unknown state of incorporation d/b/a Pavillions at Providence Apartments, SW LANDLORDS, a business entity of unknown form, THE CROSSINGS AT LAKE MEAD, an apartment complex of unknown for or identity of ownership, and DOES 1 THROUGH 10 and ROE CORPORATIONS II THROUGH 20, INCLUSIVE.<br><br>        Defendants, | Case No.: 2:18-cv-00195<br>Underlying Case No. A-17-761858-C<br><br>**STIPULATION AND ORDER GRANTING MG PROPERTIES GROUP, A CORPORATION OF UNKNOWN PLACE OF INCORPORATION DBA SEDONA LANE MOUNTAIN APARTMENTS DBA AZURE VILLAS II APARTMENTS AN EXTENSION OF TIME TO ANSWER PLAINTIFF'S AMENDED COMPLAINT** |

COMES NOW, Defendant MG PROPERTIES GROUP, a corporation of unknown place of incorporation, d/b/a Sedona Lane Mountain Apartments, d/b/a Azure Villas II Apartments (hereinafter "Defendant") by and through its undersigned attorney, CLARK V. VELLIS, ESQ., of Holley, Driggs, Walch, Fine, Wray, Puzey & Thompson, and JENNA L. CARNEY ("Plaintiff") by and through her undersigned attorney, JENNIFER ISSO, ESQ. of The Isso & Hughes Law Firm hereby stipulate and agree as follows:

1. That the current deadline for Defendant MG PROPERTIES GROUP, a corporation of unknown place of incorporation, d/b/a Sedona Lane Mountain Apartments, d/b/a Azure Villas II Apartments to respond to Plaintiff's Amended Complaint is October 22, 2018.

2. Plaintiff and Defendant hereby agree that Defendant MG PROPERTIES GROUP, a corporation of unknown place of incorporation, d/b/a Sedona Lane Mountain Apartments, d/b/a Azure Villas II Apartments has up to and including October 31, 2018 to respond to Plaintiff's Amended Complaint.

3. This Stipulation and Order to extend the time in which to respond to the Amended Complaint is not brought for the purpose of delay and counsel hereby certify that this Stipulation and Order is made with the knowledge and consent of their clients.

## **AFFIRMATION**

Pursuant to NRS 239B.030, the undersigned does hereby affirm that the preceding document does not contain the social security of any person.

| HOLLEY, DRIGGS, WALCH, FINE, WRAY, PUZEY & THOMPSON | THE ISSO & HUGHES LAW FIRM |
|---|---|
| **/S/CLARK V. VELLIS, ESQ** <br> CLARK V. VELLIS, ESQ. <br> NV Bar No. 5533 <br> 800 South Meadows Parkway, #800 <br> Reno, Nevada 89521 <br> Telephone: 775-851-8700 <br> Dated: October 22, 2018 | **/S/ JENNIFER ISSO, ESQ.** <br> JENNFER ISSO, ESQ. <br> NV Bar No. 13157 <br> 2470 Saint Rose Pkwy. #306F <br> Henderson, NV 89074 <br> Telephone: 702 712-7811 <br> Dated: October 22, 2018 |

**IT IS SO ORDERED:**

Dated this 24th day of October, 2018.

UNITED STATES MAGISTRATE JUDGE