| | |
|---|---|
| 1 | **SUBT**<br>**THE ISSO & HUGHES LAW FIRM**<br>JENNIFER ISSO, ESQ.<br>Nevada Bar No. 13157<br>2470 Saint Rose Parkway #306f<br>Henderson, Nevada 89074<br>Telephone: (702) 434-4424<br>ji@issohugheslaw.com<br>*Attorney for Plaintiff* |

1 **SUBT**
**THE ISSO & HUGHES LAW FIRM**
2 JENNIFER ISSO, ESQ.
Nevada Bar No. 13157
3 2470 Saint Rose Parkway #306f
Henderson, Nevada 89074
4 Telephone: (702) 434-4424
ji@issohugheslaw.com
5 *Attorney for Plaintiff*

DISTRICT COURT

CLARK COUNTY, NEVADA

| | |
|---|---|
| JENNA L. CARNEY,<br><br>    Plaintiff,<br><br>    vs.<br><br>IQ DATA INTERNATIONAL, a Washington Corporation; SENTRY RECOVERY & COLLECTIONS, INC. a Nevada Corporation; MG PROPERTIES GROUP, a corporation of unknown place of incorporation, d/b/a Sedona Lone Mountain Apartments, d/b/a Azure Villas II apartments, FORE PROPERTY COMPLANY, A Nevada Corporation, d/b/a Glenbrook Terrace; ANZA MANAGEMENT COMPANY, a California Corporation, PICERNE REAL ESTATE GROUP, a privately held corporation of unknown state of incorporation d/b/a Pavillions at Providence Apartments, SW LANDLORDS, a business entity of unknown form, THE CROSSINGS AT LAKE MEAD, an apartment complex of unknown for or identity of ownership, and DOES 1 through 10 AND ROE CORPORATIONS 11 THROUGH 20, INCLUSIVE. | CASE NO: 2:18-cb-00195-GMN-PAL |

<h1 style="text-align:center"><strong><u>NOTICE OF SETTLEMENT</u></strong></h1>

To: All Interested Parties

Please take notice that Plaintiff, JENNA L. CARNEY, by and through her attorney of record, JENNIFER ISSO ESQ., of the ISSO & HUGHES LAW FIRM, has reached a settlement with Defendant IQ DATA INTERNATIONAL.

Dated 3rd January 2019.

__/s/ Jennifer Isso_____
JENNIFER ISSO, ESQ.
Nevada Bar No. 13157
2470 St. Rose Pkwy. #306f
Henderson, Nevada 89074
Telephone:    (702) 434-4424
ji@issohugheslaw.com
*Attorney for Plaintiff*

**IT IS SO ORDERED:**  The parties shall have until February 4, 2019, to file a stipulation for dismissal or a joint status report indicating when a stipulation will be filed.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

Dated this 4th day of January, 2019.