UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JENNA L. CARNEY,<br><br>　　　　　　　　　Plaintiff,<br>　v.<br>IQ DATA INTERNATIONAL, et al.,<br><br>　　　　　　　　　Defendants. | Case No. 2:18-cv-00195-GMN-PAL<br><br>ORDER |

Before the court is plaintiff's Notice of Settlement (ECF No. 79) which states that a settlement has been reached with certain defendants named in the notice.

**IT IS ORDERED** that the settling parties shall have until **February 25, 2019,** to either file a stipulation to dismiss with prejudice, or a joint status report advising when the stipulation to dismiss will be filed.

DATED this 25th day of January 2019.

　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1