Craig J. Mariam (SBN: 10926)
cmariam@grsm.com
Tricia A. Pham (*Pro Hac Vice*)
tapham@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101
Telephone: (702) 577-9300
Facsimile: (877) 306-0043

Attorneys for Defendant I.Q. DATA INTERNATIONAL, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JENNA L. CARNEY, an individual;<br><br>Plaintiff,<br>vs.<br><br>IQ DATA INTERNATIONAL, a Washington Corporation; SENTRY RECOVERY & COLLECTIONS, INC. a Nevada Corporation; MG PROPERTIES GROUP, a corporation of unknown place of incorporation, d/b/a Sedona Lone Mountain Apartments, d/b/a/ Azure Villas II apartments, FORE PROPERTY COMPANY, A Nevada Corporation, d/b/a Glenbrook Terrace; ANZA MANAGEMENT COMPANY, a California Corporation, PICERNNE REAL ESTATE GROUP, a privately held corporation of unknown state of incorporation d/b/a Pavillions at Providence Apartments, SW LANDLORDS, a business entity of unknown form, THE CROSSINGS AT LAKE MEAD, an apartment complex of unknown for or identity of ownership, and DOES 1 THROUGH 10 AND ROE CORPORATIONS 11 THROUGH 20, INCLUSIVE.<br><br>Defendants. | CASE NO. 2:18-CV-00195-GMN-PAL<br><br>*Honorable Judge Gloria M. Navarro*<br><br>*Magistrate Judge Peggy A. Leen*<br><br>**AMENDED STIPULATION AND ORDER TO DISMISS DEFENDANT I.Q. DATA INTERNATIONAL WITH PREJUDICE** |

/ / /

1  This amended stipulation ("Stipulation") is entered into by and between Defendant I.Q.
2  DATA INTERNATIONAL, INC. ("I.Q. DATA"), by and through its attorneys, GORDON
3  REES SCULLY MANSUKHANI, LLP, on the one hand, and Plaintiff JENNA L. CARNEY
4  ("Plaintiff").  I.Q. DATA and Plaintiff shall be collectively referred to herein as the "Parties."

5  **RECITALS**

6  WHEREAS, the Parties enter into this Stipulation with reference to the following facts:

7  1.  The Parties have negotiated a settlement of their dispute and the Amended
8      Complaint, Dkt. No. 45;
9  2.  No other party in this matter has brought claims against I.Q. Data;
10 3.  This Stipulation applies only to I.Q. Data;
11 4.  The Parties shall each bear their own attorney's fees and costs

13 / / /
14 / / /
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

-2-
**AMENDED STIPULATION AND [PROPOSED] ORDER TO DISMISS DEFENDANT I.Q. DATA INTERNATIONAL WITH PREJUDICE**

WHEREFORE, the Parties hereby agree and stipulate as follows:

1. Pursuant to FRCP 41(a)(2), the Parties request that Plaintiff's instant lawsuit against I.Q. Data be dismissed, in its entirety, with prejudice as to I.Q. Data only.

2. The Parties shall each bear their own attorney's fees and costs.

**IT IS SO STIPULATED.**

Dated this __7___ day of February, 2019.           Dated this __7___ day of February, 2019.

**FLANGAS LAW FIRM**                                **GORDON REES SCULLY MANSUKHANI, LLP**

_/s/ LEO P. FLANGAS_____               ___/s/Tricia A. Pham_____
Leo P. Flangas (SBN: 5637)                        Craig J. Mariam (SBN: 10926)
600 SOUTH THIRD STREET                            cmariam@grsm.com
LAS VEGAS, NV 89101                               Tricia A. Pham (*Pro Hac Vice*)
TEL: (702) 384-1990                               tapham@grsm.com
FAX: (702) 384-1009                               GORDON REES SCULLY MANSUKHANI
Attorneys for Plaintiff, Jenna L. Carney          300 S. 4th Street, Suite 1550
                                                  Las Vegas, NV 89101
                                                  Telephone: (702) 577-9300
                                                  Facsimile: (877) 306-0043
                                                  Attorneys for Defendant I.Q. DATA
                                                  INTERNATIONAL, INC.

**ORDER**

IT IS SO ORDERED that Defendant I.Q. DATA INTERNATIONAL, INC. be dismissed as a party with prejudice, pursuant to FRCP 41(a)(2).  Each party shall each bear their own attorney's fees and costs.

DATED this __8__ day of February, 2019.     _____
                                            Gloria M. Navarro, Chief Judge
                                            UNITED STATES DISTRICT COURT

---

-3-
**AMENDED STIPULATION AND [PROPOSED] ORDER TO DISMISS DEFENDANT I.Q. DATA INTERNATIONAL WITH PREJUDICE**