UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JENNA L. CARNEY,<br><br>                       Plaintiff,<br>   v.<br>IA DATA INTERNATIONAL, et al.,<br><br>                       Defendants. | Case No. 2:18-cv-0195-GMN-PAL<br><br>ORDER |

This matter is before the court on the parties' failure to file a joint pretrial order as required by LR 26-1(e)(5). The last extension of the discovery plan and scheduling order deadlines (ECF No. 46) required the parties to file a joint pretrial order required by LR 26-1(e)(5) no later than March 22, 2019. Various stipulations to dismiss have been filed for many of the defendants. In an Order (ECF No. 105) entered April 1, 2019 by Chief Judge Navarro Lake Mead's motion to dismiss was denied as moot and plaintiff's motion for leave to file an amended complaint was granted. Plaintiff was given 14 days to file the Amended Complaint attached to the motion for leave to amend. However, the Amended Complaint has not been filed. There are no dispositive motions pending.

Defendants Anza Management Company and Crossings at Lake Mead, LLC remain as defendants in this case, and discovery has long since closed. Accordingly,

**IT IS ORDERED** that:

1. Counsel for the parties shall file a joint pretrial order which fully complies with the requirements of LR 16-3 and LR 16-4 no later than **May 10, 2019.**
2. Failure to timely comply may result in the imposition of sanctions up to and including a recommendation to the district judge of case dispositive sanctions.

1

3. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections thereto shall be included in the pretrial order.

DATED this 26th day of April 2019.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE