**FLANGAS LAW FIRM**
Leo P. Flangas
Nevada Bar No. 5637
600 South Third Street Las
Vegas, Nevada 89101
Tel: (702) 384-1990
Fax: (702) 384-1009
Email: leo@flangaslawoffice.com
Attorney for Plaintiff
JENNA L. CARNEY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JENNA L. CARNEY, an individual; <br><br> Plaintiff, <br> v. <br><br> IQ Data International, a Washington corporation, *et al.*, <br><br> Defendants. | Case No. 2:18-cv-00195-GMN-BNW <br><br> **FIRST STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO SUBMIT PRETRIAL ORDER UNTIL CONCLUSION OF SETTLEMENT CONFERENCE ORDERED ON MAY 8, 2019** |

Pursuant to L.R. 7-1 Plaintiff, Jenna L. Carney ("Plaintiff") and Defendants Anza Management Company ("Anza"), Crossings at Lake Mead ("Crossings"), and Sentry Recovery & Collections, Inc. ("Sentry") hereby submit this first stipulation and proposed order to extend time to submit their Joint Pretrial Order until thirty days after conclusion of the settlement conference this Court ordered on May 8, 2019.

WHEREFORE, Plaintiff and Defendants Anza, Crossings, and Sentry jointly stipulate that and request an order extending the time to provide their Joint Pretrial Order until the time noted above.

///

///

Dated this 10th day of May, 2019.

| **BOYACK ORME & ANTHONY** | **FLANGAS LAW FIRM** |
|---|---|
| */s/ Colli McKiever*<br>Colli C. McKiever<br>Nevada Bar No.<br>7432 W. Sahara Ave., Suite 101<br>Las Vegas, NV 89117<br>Office (702) 562-3415<br>Fax (702) 562-3570<br>*Attorney for Defendant*<br>*Anza Property Management* | */s/ Leo P. Flangas*<br>Leo P. Flangas<br>Nevada Bar No. 5637<br>600 South Third Street Las<br>Vegas, Nevada 89101<br>Tel: (702) 384-1990<br>Fax: (702) 384-1009<br>Email: leo@flangaslawoffice.com<br>*Attorney for Plaintiff*<br>*JENNA L. CARNEY* |
| **LAW OFFICE OF BRIAN D. SHAPIRO** | **CASTRONOVA LAW OFFICES, P.C.** |
| */s/ Brian Shapiro*<br>Brian D. Shapiro, Esq.<br>Nevada Bar No.<br>510 S. 8th Street<br>Las Vegas, NV 89101<br>(t) 702-386-8600;<br>(f) 702-383-0994;<br>*Attorney for Defendant*<br>*Sentry Collections & Recovery, Inc.* | */s/ Stephen Castronova*<br>Stephen G. Castronova, Esq.<br>Nevada Bar No.<br>605 Forest Street<br>Reno, NV 89509<br>Tel: (775) 323-2646<br>Fax: (775) 323-3181<br>Attorney for Defendant<br>Crossings at Lake Mead |

**[PROPOSED] ORDER**

IT IS SO ORDERED that the Parties in this case shall have thirty (30) days from the conclusion of the settlement conference this Court ordered on May 8, 2019 to submit their Joint Pretrial Order until thirty days after conclusion, if no settlement is reached.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: May 14, 2019

## CERERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 10th day of May, 2019, I served a true and correct copy of the foregoing **FIRST STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO SUBMIT PRETRIAL ORDER UNTIL CONCLUSION OF SETTLEMENT CONFERENCE ORDERED ON MAY 8, 2019**

pursuant to the court e-filing and e-service rules, to everyone on the e-service list, including the following:

**Flangas Law Firm**
Leo P. Flangas, Esq.
leo@flangaslawoffice.com
*Attorney for Plaintiff*

*And by email to:*
**Brian D. Shapiro, Esq.**
510 S. 8th Street
Las Vegas, NV  89101
(t) 702-386-8600;
(f) 702-383-0994
www.brianshapirolaw.com
*Counsel for Defendant*
*Sentry Recovery and Collection, Inc.*

/s/ Benjamin La Luzerne
For Flangas Law Firm

## CERERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 10th day of May, 2019, I served a true and correct copy of the foregoing **FIRST STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO SUBMIT PRETRIAL ORDER UNTIL CONCLUSION OF SETTLEMENT CONFERENCE ORDERED ON MAY 8, 2019**

pursuant to the court e-filing and e-service rules, to everyone on the e-service list, including the following:

**Flangas Law Firm**
Leo P. Flangas, Esq.
leo@flangaslawoffice.com
*Attorney for Plaintiff*

*And by email to:*
**Brian D. Shapiro, Esq.**
510 S. 8th Street
Las Vegas, NV  89101
(t) 702-386-8600;
(f) 702-383-0994
www.brianshapirolaw.com
*Counsel for Defendant*
*Sentry Recovery and Collection, Inc.*

    /s/ Benjamin La Luzerne
    For Flangas Law Firm