**FLANGAS LAW FIRM**
Leo P. Flangas
Nevada Bar No. 5637
600 South Third Street Las
Vegas, Nevada 89101
Tel: (702) 384-1990
Fax: (702) 384-1009
Email: leo@flangaslawoffice.com
Attorney for Plaintiff
JENNA L. CARNEY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JENNA L. CARNEY, an individual;<br><br>Plaintiff,<br>v.<br><br>IQ Data International, a Washington corporation, *et al.*,<br><br>Defendants. | Case No. 2:18-cv-00195-GMN-BNW<br><br>**STIPULATION AND ORDER TO DISMISS SENTRY RECOVERY AND COLLECTIONS, INC., WITH PREJUDICE** |

Pursuant to L.R. 7-1 Plaintiff, Jenna L. Carney ("Plaintiff") and Defendants Sentry Recovery and Collections, Inc., ("Sentry"), hereby submit this stipulation and proposed order pursuant to that certain settlement agreement between Plaintiff and Sentry. Accordingly

1. Plaintiff moves and requests to dismiss Sentry from this case, with prejudice, pursuant to FRCP 41(a)(2).

2. No other party in this matter has brought claims against Sentry.

3. This Stipulation applies only to Sentry.

4. Plaintiff and Sentry shall each bear their own costs and fees.

///

///

WHEREFORE, Plaintiff and Sentry move and request an order dismissing Sentry from this case, with prejudice.

Dated this 23rd day of August, 2019.          Dated this 23rd day of August, 2019.

| **LAW OFFICE OF BRIAN SHAPIRO** | **FLANGAS LAW FIRM** |
|---|---|
| /s/_Brian D. Shapiro_____<br>Nevada Bar No. 5772<br>510 S. 8th Street<br>Las Vegas, Nevada 89101<br>Tel: (702) 386-8600<br>Email: brian@brianshapirolaw.com<br>*Attorney for Defendants*<br>*SENTRY RECOVERY AND*<br>*COLLECTIONS, INC.* | /s/ Leo P. Flangas<br>Nevada Bar No. 5637<br>600 South Third Street Las<br>Vegas, Nevada 89101<br>Tel: (702) 384-1990<br>Fax: (702) 384-1009<br>Email: leo@flangaslawoffice.com<br>Attorney for Plaintiff<br>JENNA L. CARNEY |

# **ORDER**

IT IS SO ORDERED that Defendant SENTRY RECOVERY AND COLLECTIONS, INC., be dismissed as a party with prejudice, pursuant to FRCP 41(a)(2). Each party shall bear its own costs and fees.

**DATED** this __28__ day of August, 2019.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT JUDGE

## CERERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 23rd day of August, 2019, I served a true and correct copy of the foregoing **STIPULATION AND [PROPOSED] ORDER TO DISMISS SENTRY RECOVERY AND COLLECTIONS, INC., WITH PREJUDICE** pursuant to the court e-filing and e-service rules, to everyone on the e-service list, including the following:

**Flangas Law Firm**
Leo P. Flangas, Esq.
leo@flangaslawoffice.com
*Attorney for Plaintiff*

**Brian D. Shapiro, Esq.**
510 S. 8th Street
Las Vegas, NV  89101
(t) 702-386-8600;
(f) 702-383-0994
www.brianshapirolaw.com
*Counsel for Defendant*
*Sentry Recovery and Collection, Inc.*

                                                   /s/ Benjamin La Luzerne
                                                   For Flangas Law Firm